**Order entered August 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER

In an order dated June 30, 2016, we abated this appeal and ordered the trial court to enter a single judgment in this case. A supplemental clerk's record containing the requested judgment of the trial court has been filed. Accordingly, we **REINSTATE** this appeal.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE